IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENDRA M. TIGER,           )  <br>                              Plaintiff,    )  <br> vs.                                  )  <br>                                       )  <br> GARRISON MANAGEMENT COMPANY, )  <br>                              Defendant.  )  <br> _____) | Case No. 07-1219-MLB |

**STIPULATION OF DISMISSAL**

Plaintiff and Defendant file this stipulation and dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties state and stipulate as follows:

1. Plaintiff is Kendra M. Tiger; defendant is Garrison Management Company.

2. On July 31, 2007, plaintiff commenced suit by filing her complaint.

3. Plaintiff moves to dismiss the suit.

4. Defendant, who has answered, agrees to the dismissal.

5. Defendant has asserted a counterclaim and moves to dismiss the counterclaim.

6. Plaintiff agrees to dismissal of the counterclaim.

7. This is not a class action and a receiver has not been appointed in this action.

8. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

9. Neither plaintiff nor defendant has dismissed an action based on or including the same claims as those presented in this suit.

10. This dismissal is with prejudice as to plaintiff's claims and defendant's counterclaims and any other claims arising from the facts and transactions alleged by the parties.

Respectfully submitted,

        YOUNG, BOGLE, McCAUSLAND,
        WELLS & BLANCHARD, P.A.
        106 West Douglas, Suite 923
        Wichita, Kansas 67202-3392
        Telephone: 316-265-7841
        Facsimile: 316-265-3956
        Email: p.mccausland@youngboglelaw.com

        By s/ Paul S. McCausland
        Paul S. McCausland, Kan.S.Ct. #08878
        Attorneys for Plaintiff

        Joel B. Laner # 77871
        HAZELTON & LANER LLP
        Suite 650
        4600 Madison
        Kansas City, Missouri 64112
        816/753-5678
        816/753-6208 (FAX)
        E-mail: jlaner@hlblaw.net

        By  s/ Joel B. Laner
        Attorneys for Defendant

SO ORDERED.

Date: September 26th, 2008            s/ Monti Belot
                                              JUDGE MONTI L. BELOT